# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT MCCAMPBELL AND<br>RAVEN PROPERTY MANAGEMENT,<br><br>           Plaintiffs,<br>v.<br><br>CITY OF ST. PAUL,<br><br>           Defendant. | Civil No. 08-0490 (JRT/FLN)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel, dated July 1, 2009, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 21, 2009
at Minneapolis, Minnesota

                                                                                          s/John R. Tunheim
                                                                                       JOHN R. TUNHEIM
                                                                    United States District Judge